# ZMO Law PLLC

November 18, 2022

*Via ECF*

Application GRANTED.  The deadline for sureties to sign the bond is extended to **December 1, 2022**.

Hon. Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

Dated: November 21, 2022
New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

RE: *United States of America v. Moses Valdez,* 22-CR-551

Dear Judge Rochon:

This office represents Moses Valdez in the above-captioned matter. Mr. Valdez was arraigned on Monday, November 14, 2022. He was released on his own signature and the condition that he obtain two cosigners for his personal recognizance bond within one week. Unfortunately, the U.S. Attorney's Office has been unable to coordinate interviews for the proposed sureties and therefore it may be logistically impossible to have the bond signed by this coming Monday.

Accordingly, I respectfully request that the deadline for sureties to sign the bond be extended to December 1, 2022. I have spoken to the assigned prosecutor, AUSA Benjamin Gianforti, and the government consents to this request.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC:     All Counsel

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com