# ZMO Law PLLC

July 10, 2023

**Via ECF and email**

Hon. Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States of America v. Moses Valdez*, 22-CR-551

IT IS HEREBY ORDERED that Defendant Valdez shall refile his letter request indicating Pretrial Service's position on this request.

Dated: July 10, 2023
New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge

Dear Judge Rochon:

    This office represents Moses Valdez in the above-captioned matter. We write to request that Mr. Valdez's conditions of release be amended to permit him to travel to Lake Havasu, Arizona from August 4, 2023 until August 6, 2023. Mr. Valdez will be traveling to Lake Havasu with his girlfriend and mutual friends and will stay in an Airbnb for the duration of their trip.

    We have consulted with AUSA Benjamin Gianforti, who advises that the government consents to this request.

    Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: All Counsel

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com