# ZMO LAW PLLC

July 12, 2023

**Via ECF and email**

Hon. Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States of America v. Moses Valdez*, 22-CR-551

Dear Judge Rochon:

This office represents Moses Valdez in the above-captioned matter. We write to request that Mr. Valdez's conditions of release be amended to permit him to travel to Lake Havasu, Arizona from August 4, 2023 until August 6, 2023. Mr. Valdez will be traveling to Lake Havasu with his girlfriend and mutual friends and will stay in an Airbnb for the duration of their trip.

Our office has spoken with Mr. Valdez's Pretrial Services officer and she advises that Pretrial has no objection to this request. I have also communicated with AUSA Benjamin Gianforti and he advises that the government has no objection to the proposed modification.

Thank you for your attention to this case.

The within travel request is hereby GRANTED.

Very truly yours,

Dated: July 12, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: All Counsel

353 LEXINGTON AVENUE, SUITE 900 • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM