# ZMO Law PLLC

May 29, 2025

**Via ECF and email**

Hon. Jennifer L. Rochon
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Letter Motion GRANTED.

Dated: May 29, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

RE: *United States of America v. Moses Valdez*, 22-CR-551 (JLR)

Dear Judge Rochon:

 This office represents Moses Valdez in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself, co-counsel Tess Cohen, and paralegal Camila Matamoros. Interim vouchers are appropriate in this instance because the bulk of the work on the case has been completed but no firm sentencing date has been set. In addition, we respectfully request that this request be ruled on promptly because of the system-upgrade delay in CJA payments that is scheduled to begin on June 4, 2025, per the memo from the Defender Services Office of the Administrative Office of the U.S. Courts dated April 30, 2025.

 Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma
Principal Attorney

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com