UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :    PRELIMINARY ORDER OF
                    - v. -                                        FORFEITURE/
                                                                  :    MONEY JUDGMENT
MOSES VALDEZ,                                                     :
                                                                  :    S1 22 Cr. 551 (JLR)
              Defendant.                                          :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 9, 2023 MOSES VALDEZ (the "Defendant") was charged in Superseding Information S1 22 Cr. 551 (JLR) (the "Information") with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 (Counts One, Two and Three), wire fraud in violation of 18 U.S.C. § 1343 (Count Four) and operating an unlicensed money transmitting business in violation of 18 U.S.C. § 1960 (Count Five);

        WHEREAS, the Information included forfeiture allegations as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about June 9, 2023, the Defendant pled guilty, after reaching a plea agreement with the Government, to Count One of the Information;

        WHEREAS, the Government asserts that $480,000 in United States currency represents proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

WHEREAS, the Government seeks the entry of a money judgment in the amount of $480,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $480,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MOSES VALDEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties and Forfeitures, is authorized to deposit the payments on the Money Judgment

into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

       5.       Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

       6.       Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7.       The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York

       October 22, 2025

SO ORDERED:

*Jennifer Rochon*
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE